UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| KOU VANG, | ) | |
| | ) | |
| Petitioner, | ) | 3:09-cv-0540-HDM-VPC |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| M. HARRIS, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner. On February 16, 2011, petitioner filed a motion for voluntary dismissal of this action without prejudice. (ECF No. 14). In the motion, petitioner states that he is experiencing health problems that render him unable to represent himself in this action. (*Id.*). Petitioner's motion is accompanied by a certificate of service, indicating that the motion was served on counsel for respondents. (*Id.*, at p. 3). Respondents filed no opposition to the motion. Good cause appearing, petitioner's motion for voluntary dismissal without prejudice is granted pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** pursuant to petitioner's notice of voluntary dismissal.

**IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly.

Dated this 24th day of May, 2011.

_____
UNITED STATES DISTRICT JUDGE