AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____*****_____DISTRICT OF___NEVADA_____

KOU VANG,

               Petitioner,               **JUDGMENT IN A CIVIL CASE**

   V.

                                 CASE NUMBER     3:09-cv-00540-HDM-VPC

M. HARRIS, et al.,

               Respondents.

___    **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

_X_    **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** this action is DISMISSED WITHOUT PREJUDICE pursuant to petitioner's notice of voluntary dismissal.

_May 24, 2011_                             **LANCE S. WILSON**
                                            Clerk

                                 _/s/  M. Campbell_____
                                    Deputy Clerk